CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment (X)
Complaint ( )
Information ( )
Felony ( )
Misdemeanor ( )
Juvenile ( )

County of Offense: DAVIDSON AND OTHERS
AUSA's NAME: Amanda J. Klopf

Reviewed by AUSA: _AK_ (Initials)

___BRIAN KELSEY___
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?  ___ Yes  ___ No

If Yes, what language? _____

___Ty E. Howard___
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 USC § 371 | Conspiracy | 5 years | $250,000 |
| 2 | 52 U.S.C. § 30125(e) | "Soft Money" to Federal Candidate | 5 years | $250,000 |
| 3 | 52 U.S.C. § 30125(f) | "Soft Money" from State Officeholder | 5 years | $250,000 |
| 4 | 52 U.S.C. §§ 30116(a)(1)(A) | Making Excessive Contributions | 5 years | $250,000 |
| 5 | 52 U.S.C. § 30116(f) | Accepting Excessive Contributions | 5 years | $250,000 |

Is the defendant currently in custody?    Yes ( )    No (x)    If yes, State or Federal?  Writ requested ( )

Has a complaint been filed?    Yes ( )    No (x)
 If Yes:  Name of the Magistrate Judge _____  Case No.: _____
   Was the defendant arrested on the complaint?    Yes ( )    No ( )

Has a search warrant been issued?    Yes (x)    No ( )
 If Yes:  Name of the Magistrate Judge _____  Case No.: _____

Was bond set by Magistrate/District Judge?  Yes ( )   No (x)    Amount of bond: _____

Is this a Rule 20? Yes ( )  No (x)    To/from what district? _____
Is this a Rule 40? Yes ( )  No (x)    To/from what district? _____

Estimated trial time:    1-2 weeks

The Clerk will issue a **Summons**

Detention requested: Yes ( )  No (x)    Recommended conditions of release: _____