IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 3:21-cr-00264 |
| ) | Judge Trauger |
| [1] BRIAN KELSEY, ) | |
| [2] JOSHUA SMITH ) | |
| ) | |
| Defendants. ) | |

## O R D E R

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge