MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL
PROCEEDINGS by VIDEOCONFERENCE

U.S.A. v. __Brian Kelsey__, No. __3:21-cr-00264-1__

ATTORNEY FOR GOVERNMENT: __Amanda Klopf__

ATTORNEY FOR DEFENDANT: __Ty Howard__ ☐ AFPD ☐ Panel (Retained)

PRETRIAL SERVICES/PROBATION OFFICER: __Johnny Franklin__

INTERPRETER NEEDED? ☐ YES (NO) LANGUAGE/INTERPRETER: ____
☐ PRESENT ☐ ON TELEPHONE

☑ Defendant consents to IA and ☐ All future hearings before the Magistrate Judge by video conference.

☑ INITIAL APPEARANCE ☑ ON A SUMMONS ☐ ARRESTED ON: ____
DEFENDANT HAS A COPY OF:
☐ Complaint ☑ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other ____
☑ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
☑ Defendant advised of right to counsel ☑ Counsel retained
☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed ☐ FPD Appointed
☑ Defendant advised of right to silence ☐ Defendant advised of right to Consular notification
☑ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
☐ Defendant advised of right to preliminary hearing ☐ Defendant waived preliminary hearing
☐ Defendant waived rights under IAD ☐ Defendant to be returned to State custody
☐ Government motion for detention ☐ Defendant temporarily detained
☐ Defendant waived detention hearing ☐ ICE detainer on defendant
☐ Defendant reserved right to hearing in future
☐ Defendant to remain in Federal custody
☐ Defendant remain on current conditions of supervised release
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant released on:
    ☐ Own recognizance with conditions of release ☐ standard ☐ special
    ☐ Appearance bond in the amount of: ____
    ☐ Property bond [description of property]: ____
☐ RULE 5 - Defendant advised of right to identity hearing ☐ Defendant waived identity hearing
☐ RULE 5 - Defendant reserved right to have preliminary hearing in District of Prosecution
☐ RULE 5 - Defendant elected to have detention hearing in District of Prosecution
☐ RULE 5 - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO: ____

☐ GRAND JURY WAIVED IN OPEN COURT [Defendant sworn and advised of rights by Court]
☑ ARRAIGNMENT
    ☑ Defendant acknowledges he/she has copy of Indictment/Information ☑ Court advised Def. of penalties
    ☑ Defendant waives reading thereof ☐ Indictment/Information read to defendant by Judge
    PLEA: ☐ GUILTY ☑ NOT GUILTY ☐ Defendant intends to plead guilty and case referred to DJ

DATE: __11.1.21__ TOTAL TIME: __20 minutes__
BEGIN TIME: __11:02 am__ END TIME: __11:22 am__
*Digitally Recorded*

Form Revised 2/9/2018

Page 1 of 1

Case 3:21-cr-00264 Document 11 Filed 11/01/21 Page 1 of 1 PageID #: 55