UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:21-cr-00264 |
| | ) |
| [1] BRIAN KELSEY, | ) |
| [2] JOSHUA SMITH | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case is set for jury trial on **January 18, 2022**, at 9:00 a.m. United States Courthouse, Nashville, Tennessee. A pretrial conference in this case is set for **January 10, 2022** at 3:00 p.m. All lawyers who will participate in the trial must attend the pretrial conference. A status conference is scheduled for **January 3, 2022**, at 2:00 p.m.

The parties shall file the following by the close of business on **January 3, 2022**:

1. An agreed set of case specific jury instructions, with citations to supporting authorities.

2. Alternative versions of jury instructions on which there is not an agreement, with citations to supporting authorities.

3. An agreed verdict form or alternative versions where there is not agreement.

4. Motions in limine, with each motion presenting only one evidentiary issue; do not file one motion that raises multiple issues.

5. Witness List, with a short summary of the expected testimony.

6. Exhibit List, with exhibits numbered sequentially without exceptions.

7. Expert Reports.

8. One-two page Joint Statement of the Case.

Responses to motions in limine shall be filed by 4:00 p.m. on **January 6, 2022**. Parties shall email a Word/Wordperfect version of all proposed instructions and verdict forms that are filed to chambers at melissa_seay@tnmd.uscourts.gov.

The parties are forewarned that motions filed after the deadlines set forth herein may not be considered by the Court.

Counsel for the parties shall comply timely with the discovery and motion provisions of Local Criminal Rules 12 and 16.

The Defendant shall attend all Court proceedings in this case. If the Defendant is in custody, the Government shall take all necessary actions to secure the timely presence of the Defendant at all Court proceedings. Counsel for the Defendant shall make sure that street clothes are available timely for the Defendant at trial.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE