UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:21-cr-00264 |
| | ) |
| [1] BRIAN KELSEY, | ) |
| [2] JOSHUA SMITH | ) |
| | ) |
| Defendants. | ) |

## ORDER

An in-person status conference is set for **December 20, 2021,** at 9:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE