UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 3:21-cr-00264 |
| v. | ) | |
| BRIAN KELSEY, and | ) | |
| JOSHUA A. SMITH, | ) | |
| Defendants. | ) | |

## ORDER

The Joint Motion to Extend the Expert Disclosure Deadline (Doc. No. 40) is **GRANTED**.

The parties shall file their expert disclosures on or before **June 21, 2022**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE