# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:21-cr-00264 |
| | ) | CHIEF JUDGE CRENSHAW |
| BRIAN KELSEY | ) | |

## MOTION TO SET A CHANGE OF PLEA HEARING AND TO STAY THE DEADLINES IN THE SCHEDULING ORDER

Comes now Brian Kelsey, by and through counsel of record, and hereby moves the Court to set a change of plea hearing in this matter and to stay the deadlines in the scheduling order.

Respectfully submitted,

s/ *Paul Bruno*
Paul Bruno, B.P.R. #17275
Barrett, Johnston, Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
pbruno@barrettjohnston.com

s/ *Jerry Martin*
Jerry Martin, B.P.R. #20193
Barrett, Johnston, Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
jmartin@barrettjohnston.com

s/ *David Rivera*
David Rivera, B.P.R. #24033
Barrett, Johnston, Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
drivera@barrettjohnston.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing *Motion To Set A Change Of Plea Hearing And To Stay The Deadlines In The Scheduling Order* has been electronically delivered to Hal Hardin and Phillip Georges, and to Amanda Klopf, Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870; David Pritchard, Assistant United States Attorney, 167 North Main Street, Suite 800, Memphis, TN 38103; and John P. Taddei, U.S. Department of Justice, 1301 New York Ave. NW, Washington, DC 20530, via the Court's electronic filing system on this the 27th day of October, 2022.

                                          s/ ***Paul Bruno***
                                            Paul Bruno