UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRIAN KELSEY, )<br>)<br>Defendant. ) | NO. 3:21-cr-00264-1 |

## ORDER

Defendant's Motion to Set a Change of Plea Hearing and to Stay the Deadlines in the Scheduling Order (Doc. No. 68) is **GRANTED**.

As such, a change of plea hearing will take place on **November 22, 2022,** at 4:30 p.m.

The parties shall submit the proposed plea petition, an Agreed Statement of the Elements of each offense and the statutory penalty for each, and the plea agreement, if any, by noon on **November 17, 2022.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE