January 09, 2023

Waverly D. Crenshaw, Jr.
Chief Judge of the United States District Court
for the Middle District of Tennessee
719 Church Street, Room 1300
Nashville, TN 37203

RECEIVED
in Clerk's Office

JAN 11 2023

U.S. District Court
Middle District of TN

Dewey Gordon Bryan
8277 San Augustine Ln
Germantown, TN 38138-8168

Subject: Brian Kirk Kelsey, Tennessee Board of Professional Responsibility # 022874

Chief Judge Crenshaw,

My name is Gordon Bryan. Brian Kelsey has entered a guilty plea in the US District Court and awaits his sentencing. He was previously my 31st District state senator until he left office, due to the matters to which he has pled guilty.

Please allow me to refresh your memory with the oath Brian Kelsey swore to when admitted to the practice of law in Tennessee.

"I, (Brian Kirk Kelsey), do solemnly swear or affirm that I will support the Constitution of the United States and the Constitution of the State of Tennessee. In the practice of my profession, I will conduct myself with honesty, fairness, integrity, and civility to the best of my skill and abilities, so help me God".

In addition to the 2 counts to which he has pled guilty, Brian Kelsey violated his sworn oath in 5 of the 6 named traits he swore he would exhibit.

    1. He did not "support the Constitution of the United States". He has pled guilty to willfully violating the Constitution of the United States.

    2. He did not "support the Constitution of the State of Tennessee. He has pled guilty to willfully violating the Constitution of the State of Tennessee.

    3. He has not "conducted himself with honesty". He has brayed publicly, loudly, and repeatedly, like the ass he is, claiming his prosecution was a "political witch hunt". The investigation of Brian Kelsey was actually begun during the Trump administration. Just let that sink in for a minute.

    4. He has not conducted himself with "integrity". He has pled guilty to being the leader of a multi-person, multi-year conspiracy to violate campaign finance laws, both state and federal.

5. He has not conducted himself with "civility". From his indictment until his surprise guilty plea he has publicly stated he "looked forward to being cleared at trial" and claimed that "all donations were made in compliance with the law and on the advice of counsel". As we have seen, in the last 2 1/2 years particularly, lawyers are free to lie loudly and repeatedly in any or all public statements, but once in a courtroom under oath their conduct changes markedly and the truth slowly emerges from all the BS.

In Brian Kelsey's plea agreement with your court, there is not one word about contrition, apology to his former constituents, or any apology to the State of Tennessee. He is pleading "guilty enough" to satisfy the Justice Department, but he and his lawyers are seeking to help him avoid the deserved, earned, and maximum penalties for his crimes.

I would like to advocate for you, Chief Judge Crenshaw, to impose the maximum penalties available on each count. The evidence in this case, being so overwhelming that the defendant did not even try to be " . . . cleared at trial", has proven Brian Kelsey directed and engaged in a calculated, deceptive, intentional, and multi-year conspiracy to violate state and federal campaign finance laws.

Brian Kelsey is not an innocent victim. He is (was) a lawyer. He used his law education and experience to scheme to break laws he was sworn to uphold. He was the hub around which all the spokes of these crimes emanated. He was so guilty he was forced to negotiate a plea deal, not having the nerve or confidence to take the risk of " . . . being cleared at trial".

I have separately corresponded with the Board of Responsibility of the Supreme Court of Tennessee concerning this matter. They will determine if, after these guilty pleas, he will ever practice law in Tennessee again.

Maximum penalties exist to be used when warranted. This case warrants their use.

Dewey Gordon Bryan
dewdeb@mac.com

FedEx

SHIP DATE: 09JAN23
ACTWGT: 0.10 LB
CAD: 6989988/SSF02341

BILL THIRD PARTY

ORIGIN ID:AKAR (301) 493-7051
DELSEY BRYAN
8277 SAN AUGUSTINE LN # C
GERMANTOWN, TN 38138
UNITED STATES US

TO WAVERLY D. CRENSHAW JR.
CHIEF JUDGE OF THE US DISTRICT
COURT FOR THE MIDDLE DISTRICT OF TN
719 CHURCH ST ROOM 1300
NASHVILLE TN 37203

REF:

TRK# 3932 2384 6602

XN RNCA

TUE - 10 JAN 4:30P
STANDARD OVERNIGHT

37203
TN-US

RECEIVED
in Clk
JAN
U.S.D
Middle D...