Peggy C. Larkin
7794 Kings College Avenue
Germantown, TN 38138

January 21, 2023

RECEIVED
JAN 26 2023
U.S. District Court
Middle District of TN

The Honorable Waverly D. Crenshaw, Jr.
719 Church Street, Suite 6425
Nashville, TN 37203

Dear Chief Judge Crenshaw:

I am privileged to write this letter in support of Brian Kelsey. I have known Brian as a good friend for 25 years and during that time have observed him as an outstanding young attorney. I have worked with Brian in the political arena and find him to be a model citizen of his community.

Brian shows extreme professionalism in his work as well as those he serves. He is always courteous, and exceedingly kind to his fellow man. He is industrious, energetic, loyal, and generous.

At Georgetown he was the President of the Christian Legal Society. He served in the office of Counsel to the President of the United States; in the office of U.S. Senator Bill Frist, and served in the office of U.S. Representative Ed Bryant.

At UNC, he was the leader of the Greek Life Bible Study and AGO TV Volunteer.
At the University of Memphis Law School, he was an Adjunct Professor of Government Relations in 2017. In the fall of 2010 and

2011 he served as an Undergraduate Adjunct Professor of Constitutional Law.

Brian was the only senator in Tennessee history to successfully pass more than one constitutional amendment. He passed three. He served as the Judiciary Committee Chairman in 2009-2018 Senate. He also served as chairman of the Education Committee Chairman during this time.

He was the Student Chapter President at the Georgetown University Law Center, and a member of The Federalist Society. He served on the American Legislative Exchange Council, and was Chairman of the Civil Justice Task Force Council of State Governments; American Federation for Children; Tennessee Holocaust Commission, and a member of the Republican National Lawyers Association. In addition he was voted the Legislator of the Year 2018 and 2011. He received the Conservative Excellent Award in 2017 and 2015 from the American Conservative Union. In 2008 he won the Pro Bono Award. The list does not end here.

Brian has a heart for public service and has worked diligently for the past 18 years preserving our conservative values, providing jobs for Tennesseans, improving our children's education, and keeping us safe in Tennessee. He either sponsored or worked on committees that put the Right to Work in our state constitution, allowing students to return to in-person learning, helped in recruiting Ford Motor Company jobs to West Tennessee, banned critical Race Theory from our schools, let first responders live where they want, and protected constitutional rights during the pandemic.

Brian and his wife, Amanda, have three children. One daughter, and twin boys. Bryan's character is beyond impeccable. He is a Christian and practices his faith daily. He is from a well-known, and well-respected family in Memphis. His mother is an educator. His brother is a Doctor of Veterinary Medicine. His dad is a successful businessperson, and sadly, currently undergoing cancer treatment.

I believe that Brian and his family have suffered enough already and will be a greater benefit to society serving outside of prison.

Sincerely,

*Peggy C. Larkin*

Peggy C. Larkin
State Executive Committee Woman
District thirty-one

PEGGY LARKIN
7794 KINGS COLLEGE AVENUE
GERMANTOWN
TN 38138

RECEIVED
JAN 26 2023
U.S. District Court
Middle District of TN

MEMPHIS TN 380
23 JAN 2023 PM 4

The Honorable
Waverly D. Crenshaw, Jr.
719 Church Street, #6425
Nashville, TN 37203

37203-712400

3-21-cr-264