## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:21-cr-00264 |
| | ) | |
| BRIAN KELSEY | ) | |
| JOSHUA SMITH | ) | |

## MOTION TO RESET SENTENCING HEARINGS

The United States of America, by and through the undersigned attorneys, respectfully move this Court to reset the sentencing hearings in this case.  Currently, Joshua Smith is scheduled to be sentenced on March 28, 2023, at 1:00 p.m., and Brian Kelsey is scheduled to be sentenced on March 28, 2023, at 3:30 p.m.

The United States respectfully requests that the Court rescheduled the sentencings as follows: Brian Kelsey at 1:00 p.m. on March 28, 2023, and Joshua Smith at 3:30 p.m. on March 28, 2023.   In support thereof, the United States believes this will streamline the sentencing hearings and will conserve the Court's time.  Counsel for the defendants do not oppose this motion.

        Respectfully submitted,

        HENRY C. LEVENTIS
        United States Attorney

By:    */s/ Amanda Klopf*
        AMANDA KLOPF
        Assistant United States Attorney
        719 Church Street, Suite 3300
        Nashville, Tennessee 37203
        Telephone: (615) 736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will send notification of such filing to the attorneys of

record for the defendant.

> */s/ Amanda J. Klopf*
> AMANDA J. KLOPF
> Assistant United States Attorney

March 14, 2023