UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:21-cr-00264 |
| | ) |
| BRIAN KELSEY | ) |
| JOSHUA SMITH | ) |
| | ) |
| Defendant. | ) |

## ORDER

The sentencings set for March 28, 2023 are cancelled. The Government's Motion to Continue Sentencing Hearings and For Additional Time to Respond to Motion (Doc. No. 94) and Defendant Joshua Smith's Motion Date for Sentencing (Doc. No. 95) are **GRANTED.**

The Government shall file a response on or before **April 14, 2023** to Defendant Brian Kelsey's Motion to Withdraw Plea of Guilty and File Motion to Dismiss (Doc. No. 93)**.** Brian Kelsey may file a reply on or before **April 21, 2023**.

The Government and Brian Kelsey shall provide five agreed dates for an evidentiary hearing and a list of anticipated witnesses on or before **April 21, 2023.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE