> Motion (97) is **GRANTED** and Doc. No. 99 shall be sealed.
> 
> *Waverly D. Crenshaw, Jr.*
> Chief US District Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:21-cr-00264-1 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| BRIAN KELSEY | ) | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE SEALED DOCUMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests leave to file Ex. E of the United States' its response to defendant Brian Kelsey's motions to withdraw his guilty pleas and for leave to file a motion to dismiss all counts of the Indictment (DE 93) under seal. In support thereof, the document contains information regarding uncharged individuals.

Respectfully submitted,

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

*/s/ Amanda J. Klopf*
AMANDA J. KLOPF
Assistant United States Attorney
Middle District of Tennessee
719 Church St., Suite 3300
Nashville, Tennessee 37203
(615) 736-5151

1