UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:21-cr-00264-1 |
| v. ) | |
| ) | CHIEF JUDGE CRENSHAW |
| BRIAN KELSEY ) | |

## GOVERNMENT'S WITNESS LIST AND LIST OF AVAILABLE DATES

The United States of America, through Henry C. Leventis, United States Attorney for the Middle District of Tennessee, Assistant United States Attorney Amanda J. Klopf, Corey R. Amundson, Chief of the Public Integrity Section of the United States Department of Justice, Trial Attorney John P. Taddei, Reagan Fondren, First Assistant United States Attorney for the Western District of Tennessee, and Assistant United States Attorney David Pritchard (collectively, "United States" or "government"), hereby provides a list of potential witnesses for the hearing on defendant Brian Kelsey's motions to withdraw his guilty pleas and for leave to file a motion to dismiss all counts of the Indictment. (ECF No. 93 & Ex. 1).

1. Ty Howard
2. Paul Bruno
3. Jerry Martin
4. David Rivera
5. Brian Kelsey
6. SA Ryan Saint-Blancard

The United States understands that both parties are available for a hearing on May 16, May 17, May 22, May 31, or June 1.

Respectfully submitted,

| | |
|---|---|
| HENRY C. LEVENTIS<br>United States Attorney<br>Middle District of Tennessee | COREY R. AMUNDSON<br>Chief<br>Public Integrity Section |

By:  /s/ Amanda J. Klopf_____
AMANDA J. KLOPF
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203
(615) 736-5151
Email: amanda.klopf@usdoj.gov

By:  /s/ John P. Taddei_____
JOHN P. TADDEI
Trial Attorney
1301 New York Ave. NW
Washington, DC 20530
(202) 514-3885
Email: john.taddei@usdoj.gov

REAGAN FONDREN
Attorney for the United States, Acting
under Authority
Conferred by 28 U.S.C. § 515
Western District of Tennessee

By:  /s/ David Pritchard_____
DAVID PRITCHARD
Assistant U.S. Attorney
Western District of Tennessee
167 North Main Street, Suite 800
Memphis, TN 38103
(901) 544-4231
Email: david.pritchard2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing response was electronically filed with the Clerk on April 21, 2023, and service was made upon all persons registered in that case via CM/ECF and/or by email.

/s/ Amanda J. Klopf_____
AMANDA J. KLOPF
Trial Attorney
