UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>BRIAN KELSEY and<br>JOSHUA SMITH,<br><br>     Defendants. | No. 3:21-cr-00264 |

## DEFENDANT BRIAN KELSEY'S WITNESS LIST

Defendant Brian Kelsey intends to call the following witnesses at the hearing on his Motion to Withdraw Plea:

1. Brian Kelsey

2. Carr Kelsey

3. Kay Kelsey

4. Any Witness Identified by the Government

5. Christopher A. Hall

Respectfully submitted,

s/ David A. Warrington
David A. Warrington, *pro hac vice*
Dhillon Law Group, Inc.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: 415-520-6593
DWarrington@dhillonlaw.com

*Counsel for Defendant Brian Kelsey*

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing *Witness List* has been electronically delivered via the Court's electronic filing system on this the 21st day of April 2023 to:

Hal Hardin
Hal D. Hardin
211 Union Street, Suite 200
Nashville, TN 37201

Phillip Georges
Phillip S. Georges, PLLC
501 Union St., Ste. 200d
Nashville, TN 37219

Amanda Klopf
Assistant United States Attorney
110 Ninth Avenue, South, Suite A961
Nashville, TN 37203-3870

David Pritchard
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, TN 38103

John P. Taddei
U.S. Department of Justice
1301 New York Ave. NW
Washington, DC 20530

Paul J. Bruno
David A. Rivera
Jerry E. Martin
Barrett, Johnston, Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219

s/ David A. Warrington
David A. Warrington