UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:21-cr-00264-1 |
| BRIAN KELSEY | ) | |
| Defendant. | ) | |

# ORDER

An evidentiary hearing on Defendant Brian Kelsey's Motion to Withdraw Plea of Guilty and File Motion to Dismiss (Doc. No. 93) will be held on **May 16, 2023**, at 9:00 AM.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE