UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | NO. 3:21-cr-00264-1 |
|  | ) |  |
| BRIAN KELSEY | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

Defendant Brian Kelsey shall respond to the Government's Motion for Order Finding Waiver of Attorney-Client Privilege (Doc. No. 108) by **May 8, 2023**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE