UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:21-cr-00264 |
| | ) | |
| BRIAN KELSEY | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS RELATED TO RULE 404(B)**

The United States of America, by and through the undersigned attorneys, and Brian Kelsey, by and through his counsel of record, respectfully move this Court to extend the deadline by which to file Motions related to Rule 404(b) from September 7, 2022, to September 14, 2022. In support thereof, Paul Bruno, counsel for Mr. Kelsey, is currently in a trial. The United States would like to confer with Mr. Bruno prior to filing, and he is unavailable until after closings are completed.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney

By: */s/ Amanda Klopf*
AMANDA KLOPF
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151