Motion (102) is **DENIED**.

*[signature]*
Chief US District Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>BRIAN KELSEY and<br>JOSHUA SMITH,<br><br>　　Defendants. | No. 3:21-cr-00264 |

### DEFENDANT KELSEY'S MOTION FOR LEAVE TO FILE SEALED DOCUMENT

Defendant Brian Kelsey, by and through the undersigned counsel, respectfully requests leave to file Ex. 1 of Brian Kelsey's *Reply Memorandum on Motion to Withdraw Plea and File Motion to Dismiss* under seal. In support thereof, the document contains information regarding uncharged individuals.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ David A. Warrington
　　　　　　　　　　　　　　　　　　　David A. Warrington, *pro hac vice*
　　　　　　　　　　　　　　　　　　　Dhillon Law Group, Inc.
　　　　　　　　　　　　　　　　　　　2121 Eisenhower Avenue, Suite 608
　　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　　Telephone: 415-520-6593
　　　　　　　　　　　　　　　　　　　DWarrington@dhillonlaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Brian Kelsey*