UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 3:21-cr-00264-1 |
| BRIAN KELSEY and JOSHUA SMITH, | |
| Defendants. | |

## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 57.01, defendant Brian Kelsey hereby moves this Court to substitute J. Alex Little and Zachary C. Lawson, of the law firm Burr & Forman LLC, as his sole counsel of record, and respectfully requests that all further pleadings and correspondence in this action be sent to them at their address below.

Defendant seeks this relief from the Court due to the deterioration of attorney-client relationships, the potential for future litigation involving prior counsel, and the need to have counsel of choice representing him at sentencing. As a result, Mr. Kelsey seeks to terminate all prior counsel as counsel of record when Mr. Little and Mr. Lawson substitute onto the record.

Undersigned counsel has conferred with prior counsel, which includes Paul Bruno, David Rivera, Jerry Martin, and David Warrington, and can represent that they consent to the substitution of counsel. Undersigned counsel also has spoken with counsel for the United States, Amanda Knopf, and can represent that the government does not oppose this motion, either.

Respectfully submitted,

*/s/ J. Alex Little*
J. Alex Little (TN BPR #29858)
Zachary C. Lawson (TN BPR #36092)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000,
Nashville, TN 37201
Telephone: 615-724-3203
Facsimile: 615-724-3303
alex.little@burr.com
zlawson@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been electronically delivered via the Court's electronic filing system on this the 12th day of July 2023 to:

Hal Hardin
211 Union Street, Suite 200
Nashville, TN 37201
hal@hardinlawoffice.com

Paul J. Bruno
David Rivera
Jerry E. Martin
414 Union Street, Suite 900
Nashville, TN 37219
pbruno@barrettjohnston.com

Phillip Georges
Phillip S. Georges, PLLC
501 Union St., Ste. 200d
Nashville, TN 37219
phil@wolfpacklawyers.com

David A. Warrington
Dhillon Law Group, Inc.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
dwarrington@dhillonlaw.com

Amanda Klopf
Assistant United States Attorney
110 Ninth Avenue, South, Suite A961
Nashville, TN 37203-3870
amanda.klopf@usdoj.gov

David Pritchard
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, TN 38103
david.pritchard2@usdoj.gov

John P. Taddei
U.S. DOJ
1301 New York Ave. NW
Washington, DC 20530
john.taddei@usdoj.gov

*/s/ J. Alex Little*
J. Alex Little (TN BPR #29858)