UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  BRIAN KELSEY and JOSHUA SMITH,  Defendants. | No. 3:21-cr-00264 |

**MOTION FOR LEAVE TO APPEAR REMOTELY**

Undersigned counsel for Defendant Brian Kelsey, David A. Warrington, hereby requests leave to appear remotely, by telephone or videoconference, at the Court's scheduled status conference set for 9 a.m. on July 27, 2023. In support thereof, counsel has other pending matters that would make travel to Nashville for the status conference difficult. To wit: a previously scheduled matter in Fairfax, Virginia on Wednesday, July 26, 2023, in the case of *Mountjoy v. Slaey*, Case No. 2021-7508, pending in the Circuit Court for Fairfax County that may last the full day, making travel to Nashville difficult. Additionally, counsel has pending commitments for witness and expert preparation, filings, and travel to New York for a multi-day preliminary injunction hearing set for August 1-2 in the United States District Court for the Eastern District of New York in the matter *United States v. Rare Breed Triggers, LLC, et al.*, Case No. 1:23-cv-00369.

Wherefore, undersigned counsel, David A. Warrington, hereby respectfully requests leave to appear remotely, by telephone or videoconference at the Court's preference, for the

1

presently set status conference at 9 a.m. on July 27, 2023.

Respectfully submitted,

s/ David A. Warrington
David A. Warrington, *pro hac vice*
Dhillon Law Group, Inc.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: 415-520-6593
DWarrington@dhillonlaw.com

*Counsel for Defendant Brian Kelsey*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been electronically delivered via the Court's electronic filing system on this the 20th day of July 2023 to:

Hal Hardin
Hal D. Hardin
211 Union Street, Suite 200
Nashville, TN 37201

Amanda Klopf
Assistant United States Attorney
110 Ninth Avenue, South, Suite A961
Nashville, TN 37203-3870

John P. Taddei
U.S. Department of Justice
1301 New York Ave. NW
Washington, DC 20530

Paul J. Bruno
David A. Rivera
Jerry E. Martin
Barrett, Johnston, Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219

Phillip Georges
Phillip S. Georges, PLLC
501 Union St., Ste. 200d
Nashville, TN 37219

David Pritchard
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, TN 38103

J. Alex Little
Zachary C. Lawson
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201

 

s/ David A. Warrington
David A. Warrington