# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>BRIAN KELSEY and<br>JOSHUA SMITH,<br><br>　　Defendants. | No. 3:21-cr-00264-1 |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 5.03 and Administrative Order No. 167-1 § 5.07, defendant Brian Kelsey, by and through undersigned counsel, hereby moves this Court for leave to file certain sentencing documents under seal, including FBI 302s and Grand Jury transcripts.

Defendant submits that the documents should be filed under seal because they contain personally identifiable information and protected information that the Rules direct should not be filed on the public docket.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ J. Alex Little*
　　　　　　　　　　　　　　　　　　J. Alex Little (TN BPR #29858)
　　　　　　　　　　　　　　　　　　Zachary C. Lawson (TN BPR #36092)
　　　　　　　　　　　　　　　　　BURR & FORMAN LLP
　　　　　　　　　　　　　　　　　　222 Second Avenue South, Suite 2000,
　　　　　　　　　　　　　　　　　　Nashville, TN 37201
　　　　　　　　　　　　　　　　　　Telephone: 615-724-3203
　　　　　　　　　　　　　　　　　　Facsimile: 615-724-3303
　　　　　　　　　　　　　　　　　　alex.little@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will serve it upon all counsel of record.

/s/ J. Alex Little
*Counsel for Brian Kelsey*