UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | NO. 3:21-cr-00264 |
| BRIAN KELSEY | ) |  |
| Defendant. | ) |  |

### ORDER

The sentencing hearing set for **August 11, 2023** at 1:00 p.m., is RESET for **12:30 p.m.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE