AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

BRIAN KELSEY

**EXHIBIT AND WITNESS LIST**

Case Number: 3:21-CR-264-1

| PRESIDING JUDGE<br>WAVERLY D. CRENSHAW, JR. | PLAINTIFF'S ATTORNEY<br>Amand Klopf, David Pritchard and John | DEFENDANT'S ATTORNEY<br>Alex Little and Zachary Lawson |
| --- | --- | --- |
| TRIAL DATE (S)<br>8/11/2023 | COURT REPORTER<br>LISE MATTHEWS | COURTROOM DEPUTY<br>MELISSA SEAY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | x | 8/11/2023 | | | WIT: Jennifer Martinez |
| | x | 8/11/2023 | | | WIT: Beth Wodarski |
| | x | 8/11/2023 | | | WIT: John Deberry |
| | x | 8/11/2023 | | | WIT: Daniel Suhr |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages