UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>BRIAN KELSEY, )<br>)<br>Defendant. )<br>) | No. 3:21-cr-00264-1 |

## CORRECTED NOTICE OF APPEAL

Notice is hereby given that Brian Kelsey, defendant named above, hereby appeals to the U.S. Court of Appeals for the Sixth Circuit from the final judgment filed in this criminal action on the 16th day of August, 2023. (Doc. 155.)

This 22nd day of August, 2023.

Respectfully submitted,

J. Alex Little (TN Bar #29858)
Zachary Lawson (TN Bar #036092)
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: 615-724-3203
Facsimile: 615-724-3303
alex.little@burr.com
*Counsel for Brian Kelsey*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served on the attorneys of record via the Court's Electronic Case Filing System on this 22nd day of August, 2023.

_____
J. Alex Little