# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

## UNITED STATES OF AMERICA

V.

BRIAN KELSEY

(list each defendant appearing at hearing)

Case No.: 3:21-CR-264-1

Judge: WAVERLY D. CRENSHAW, JR.

Hearing Date: 9/21/2023

Location: ● Nashville ○ Columbia ○ Cookeville

Court Reporter: LISE MATTHEWS

Court Interpreter:

# CRIMINAL MINUTES

Government Attorney(s): AMANDA KLOPF and JOHN TADDEI

Defense Attorney(s): ALEX LITTLE and ZACHARY LAWSON

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required
and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☑
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| 1. | | 7. | |
|----|--|----|--|
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

- Motion hearing on Defendant's Motion for Bail Pending Appeal.
- The Court will enter an order.

Total Time in Court: 18 minutes

Clerk of Court

by: Melissa Seay

Reset Form