**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:21-CR-264** |
| **v.** | ) | |
| | ) | |
| **BRIAN KELSEY** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

---

Defendant Brian Kelsey hereby moves this Court pursuant to Local Rule 57.01 to substitute Joy Boyd Longnecker as his counsel of record in the above-captioned proceedings. Defendant also requests that all future pleadings and correspondence be sent to Ms. Longnecker at her address below. Defendant's prior counsel, J. Alex Little and Zachary Lawson, do not oppose this motion. Undersigned counsel has also conferred with counsel for the United States, John Taddei, and the government does not oppose this motion, either.

Respectfully submitted,

**BARNES & THORNBURG LLP**

*/s/ Joy Boyd Longnecker*
Joy Boyd Longnecker (TN BPR #029627)
1600 West End Avenue, Suite 800
Nashville, TN 37203-3494
Tel. (615) 621-6012
Fax (615) 621-6099
Email: joy.longnecker@btlaw.com

*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a true and correct copy of the foregoing to all counsel of record.

Kathryn W. Booth
U.S. Attorney's Office
719 Church Street Suite 3300
Nashville, TN 37203
kathryn.booth@usdoj.gov

David Pritchard
Assistant United States Attorney
167 North Main Street, Suite 800
Memphis, TN 38103
david.pritchard2@usdoj.gov

John P. Taddei
U.S. Department of Justice Public Integrity Section
1301 New York Ave. NW Ste 10th Floor
Washington, DC 20530
john.taddei@usdoj.gov

J. Alex Little
Zachary C. Lawson
Litson PLLC
54 Music Square East Suite 300
Nashville, TN 37203
alex@litson.co
zack@litson.co

*/s/ Joy Boyd Longnecker*
Joy Boyd Longnecker