# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 13, 2025

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

> **FILED**
> Jan 14, 2025
> KELLY L. STEPHENS, Clerk

Re:   Brian Kelsey
        v. United States
        No. 24-590
        (Your No. 23-5755, 23-5756)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk